Case 3:10-cv-04758-MMC   Document 14   Filed 01/21/11   Page 1 of 2

**RECEIVED**

JAN 18 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA | MMC<br>CASE NO. 4:10-cv-04758 ~~DMR~~ |
| Plaintiff, | **(Proposed)**<br>**ORDER GRANTING APPLICATION** |
| v. | **FOR ADMISSION OF ATTORNEY**<br>*PRO HAC VICE* |
| TRANS UNION, LLC and DOES 1 THROUGH 10 INCLUSIVE | |
| Defendant. | |

Karen B. Reisinger, whose business address and telephone number is Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN 46077; Telephone: (317) 363-2400

and who is an active member in good standing of the bar of see attached having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: January 21, 2011

~~Donna M. Ryu~~
~~United States Magistrate Judge~~

Maxine M. Chesney
United States District Judge

## Attachment to Application for Admission of Attorney *Pro Hac Vice* – Karen B. Reisinger

**State Bar Admissions:**

    Indiana

**Federal Bar Admissions:**

    U.S. District Court for the Northern District of Illinois
    U.S. District Court for the Northern District of Indiana
    U.S. District Court for the Southern District of Indiana
    U.S. District Court for the Western District of Michigan