Karen B. Reisinger, Esq.  (IN #21795-49)
  *(admitted Pro Hac Vice)*
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  kreisinger@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:  mbien@rbg-law.com
         scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA, <br>     Plaintiff, <br><br> vs. <br><br> TRANS UNION, LLC, and DOES 1 THROUGH 10 INCLUSIVE, <br>     Defendants. | CASE NO. 3:10-cv-04758-~~DMR~~ MMC <br><br> **ORDER GRANTING TELEPHONIC HEARING REQUEST**; DIRECTIONS TO PARTIES |

This cause is before the Court on Trans Union, LLC's ("Trans Union"), Unopposed Motion For Leave Of Court For Lead Counsel To Participate In Initial Case Management Conference By Telephone (the "Motion").  The Court, being duly advised, finds cause to allow such participation and hereby GRANTS said Motion.

**ORDER GRANTING TELEPHONIC HEARING REQUEST – 4:10-CV-04758-DMR**

|   |   |
|---|---|
| 1 | All parties ~~Lead counsel for Trans Union~~ shall participate in the Case Management |
| 2 | Conference scheduled for February 4, 2011, at 10:30 a.m., by ~~calling the Court at~~ |
| 3 | ~~_____, at the appointed time.~~ telephone.  The Clerk |
| 4 | shall initiate the call. |

IT IS SO ORDERED this  27th   day of    January       , 2011.

_____
Judge, U.S. District Court Northern District of California

**ORDER GRANTING TELEPHONIC HEARING REQUEST – 4:10-CV-04758-DMR**