IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KAMLESH BANGA | CASE NO. 3:10-cv-04758-MMC |
| Plaintiff, | ~~(Proposed)~~ ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| v. | |
| TRANS UNION, LLC and DOES 1 THROUGH 10 INCLUSIVE | |
| Defendant. | |

Sandra L. Davis, whose business address and telephone number is

Schuckit & Associates, P.C., 4545 Northwestern Drive, Zionsville, IN  46077
Telephone:  (317) 363-2400

and who is an active member in good standing of the bar of the State of Indiana having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Trans Union, LLC

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice.* Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing.*

Dated:  March 9, 2011



Maxine M. Chesney
United States District Judge