1  Karen B. Reisinger, Esq.  (IN #21795-49)
      *(admitted Pro Hac Vice)*
2  Sandra L. Davis, Esq. (IN #27803-53)
      *(admitted Pro Hac Vice)*
3  Schuckit & Associates, P.C.
   4545 Northwestern Drive
4  Zionsville, IN  46077
   Telephone:  317-363-2400
5  Fax:  317-363-2257
   E-Mail:  kreisinger@schuckitlaw.com
6          sdavis@schuckitlaw.com

7  *Lead Counsel for Defendant Trans Union, LLC*

8
9  Michael W. Bien, Esq. (CSB #96891)
   Sumana Cooppan, Esq. (CSB #267967)
   Rosen, Bien & Galvan, LLP
10 315 Montgomery Street, Tenth Floor
   San Francisco, CA  94104
11 Telephone:  415-433-6830
   Fax:  415-433-7104
12 E-Mail:  mbien@rbg-law.com
           scooppan@rbg-law.com
13
14 *Local Counsel for Defendant Trans Union, LLC*

15              **UNITED STATES DISTRICT COURT**

16            **NORTHERN DISTRICT OF CALIFORNIA**

17                **SAN FRANCISCO DIVISION**

18                                    )   CASE NO. 3:10-cv-04758-MMC
19                                    )
   KAMLESH BANGA,                     )   **STIPULATION AND**
20              Plaintiff,            )   **[PROPOSED] ODER FOR**
                                      )   **CONTINUANCE OF**
21       vs.                          )   **SETTLEMENT CONFERENCE**
                                      )
22 TRANS UNION, LLC, and DOES 1 THROUGH )
   10 INCLUSIVE,                      )
23              Defendants.           )
                                      )
24 _____

25
26     *Pro se* Plaintiff Kamlesh Banga and Defendant Trans Union, LLC (collectively, the

27 "Parties") pursuant to Local Rule 7.12 hereby submit their Stipulation and [Proposed] Order for

   Continuance of the Settlement Conference (the "Stipulation").
28

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE – 3:10-CV-04758-MMC**

In support of the Stipulation, the Parties state:

1.     By Order dated February 7, 2010, the Court ordered that the Settlement Conference in this cause be held in early June 2011, Magistrate Judge Spero's calendar permitting.

2.     By Order dated February 8, 2011, the Settlement Conference in this cause is currently set for May 4, 2011, at 9:30 a.m.

3.     The Parties agree that additional time is necessary to conduct discovery and properly prepare for the Settlement Conference.

4.     Magistrate Judge Spero's Courtroom Deputy, Karen Hom, has indicated that Magistrate Judge Spero is available for a Settlement Conference on June 20, 2011.

5.     The Parties have no scheduling conflicts for June 20, 2011.

6.     This Stipulation is not made for the purposes of delay and would not prejudice any party.

THEREFORE, IT IS HEREBY STIPULATED between the Parties to request that the Settlement Conference, currently set for May 4, 2011, be continued to June 20, 2011.

SO STIPULATED by:


Date: __03/17/11_____                              *s/Karen B. Reisinger*
                                                    Karen B. Reisinger, Esq.  (IN #21795-49)
                                                     *(admitted Pro Hac Vice)*
                                                    Sandra L. Davis, Esq. (IN #27803-53)
                                                     *(admitted Pro Hac Vice)*
                                                    Schuckit & Associates, P.C.
                                                    4545 Northwestern Drive
                                                    Zionsville, IN  46077
                                                    Telephone:  317-363-2400
                                                    Fax:  317-363-2257
                                                    E-Mail:  kreisinger@schuckitlaw.com
                                                             sdavis@schuckitlaw.com

                                                    *Lead Counsel for Defendant Trans Union,*
                                                    *LLC*

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE**
**– 3:10-CV-04758-MMC**

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA  94104
Telephone:  415-433-6830
Fax:  415-433-7104
E-Mail:   mbien@rbg-law.com
             scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

Date:__03/17/11_____          *s/Kamlesh Banga (with consent)*

Kamlesh Banga
*Pro se* Plaintiff
P.O. Box 6025
Vallejo, CA  94591

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE – 3:10-CV-04758-MMC**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[~~PROPOSED~~ ORDER]**

Pursuant to the Stipulation of the Parties and for good cause there appearing, IT IS HEREBY ORDERED that the Settlement Conference, currently set for May 4, 2011, at 9:30 a.m., be continued to June 20, 2011, at 9:30 a.m.

PURSUANT TO STIPULATION,

IT IS SO ORDERED

Dated: __March 22, 2011_____

_____

Hon. ~~Maxine M. Chesney~~, Judge  Joseph C. Spero

U.S. District Court

Northern District of California

**STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF SETTLEMENT CONFERENCE – 3:10-CV-04758-MMC**