IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KAMLESH BANGA,

    Plaintiff,

v.

TRANS UNION, LLC,

    Defendant.

No. C 10-4758 MMC

**ORDER REFERRING TO MAGISTRATE JUDGE DEFENDANT'S MOTION TO COMPEL DISCOVERY**

    Pursuant to Civil Local Rule 72-1, defendant's Motion to Compel Discovery, filed June 2, 2011, and all further discovery matters, are hereby REFERRED to a Magistrate Judge to be heard and considered at the convenience of the assigned Magistrate Judge's calendar.

    The parties will be advised of the date, time and place of the next appearance, if any, by notice from the assigned Magistrate Judge's chambers.

    The July 8, 2011 hearing before the undersigned is VACATED.

    **IT IS SO ORDERED**.

Dated: June 3, 2011

_____
MAXINE M. CHESNEY
United States District Judge