UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br><br>　　Plaintiff,<br><br>　　v.<br><br>TRANS UNION, LLC, et al,<br><br>　　Defendants. | No: C 10-4758 MMC (JSC)<br><br>ORDER RE SCHEDULING MOTION TO COMPEL AND MOTION TO REMOVE DOCKET ENTRY |

Now pending before the Court is Defendants' Motion to Compel (Dkt. No. 35), filed June 2, 2011 motion to remove. Plaintiff shall file her written opposition, if any, on or before June 23, 2011. Defendants need not file a reply memorandum. The Court will hear oral argument on **Thursday, July 7 at 9:30 a.m.** in Courtroom E on the 15th Floor of the Federal Courthouse, at 450 Golden Gate Avenue, San Francisco.

Defendants' Motion to Remove Incorrectly Filed Document No. 35-5 (Dkt. No. 37) is GRANTED. The Clerk shall terminate docket no. 37.

**IT IS SO ORDERED.**

DATED: June 7, 2011

_____
JACQUELINE SCOTT CORLEY
UNITED STATES MAGISTRATE JUDGE

ORDER RE SCHEDULING AND MOTION TO REMOVE