Karen B. Reisinger, Esq. (IN #21795-49)
  (admitted Pro Hac Vice)
Sandra L. Davis, Esq. (IN #27803-53)
  (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: kreisinger@schuckitlaw.com
        sdavis@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
        scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br>        Plaintiff,<br><br>vs.<br><br>TRANS UNION, LLC, and DOES 1 THROUGH 10 INCLUSIVE,<br>        Defendants. | CASE NO. 3:10-cv-04758-MMC<br><br>STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE ORAL ARGUMENT ON DEFENDANT TRANS UNION, LLC'S MOTION TO COMPEL DISCOVERY |

*Pro se* Plaintiff Kamlesh Banga ("Plaintiff") and Defendant Trans Union, LLC ("Trans Union") (collectively, the "Parties") pursuant to Local Rules 6-2 and 7-12 hereby submit their Stipulation and [Proposed] Order for Continuance of the Oral Argument on Trans Union's Motion To Compel Discovery (the "Stipulation").

In support of the Stipulation, the Parties state:

1. Now pending before the Court is Trans Union's Motion To Compel Discovery (the "Motion"), which was filed on June 2, 2011. [Doc. No. 35].

2. By Order dated June 8, 2011, oral argument on the Motion is currently set for July 7, 2011, at 9:30 a.m before Magistrate Judge Corley. [Doc. No. 42].

3. Plaintiff has a previously scheduled medical appointment on July 7, 2011.

4. Trans Union has no objection to Plaintiff's request to continue oral argument on the Motion.

5. Magistrate Judge Corley's Courtroom Deputy has indicated that Magistrate Judge Corley is available to hear oral argument on the Motion on July 28, 2011.

6. The Parties have no scheduling conflicts for July 28, 2011.

7. This Stipulation is not made for the purposes of delay and would not prejudice any party.

8. While the requested time modification could affect the Parties' ability to complete discovery by the current October 3, 2011 deadline, it would most likely not affect the current trial date of June 4, 2012.

THEREFORE, IT IS HEREBY STIPULATED between the Parties to request that the oral argument on Trans Union's Motion To Compel Discovery, currently set for July 7, 2011, be continued to July 28, 2011.

SO STIPULATED by:

Date: 06/16/11

*s/Karen B. Reisinger*
Karen B. Reisinger, Esq. (IN #21795-49)
   (admitted Pro Hac Vice)
Sandra L. Davis, Esq. (IN #27803-53)
   (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: kreisinger@schuckitlaw.com
            sdavis@schuckitlaw.com

STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF THE ORAL ARGUMENT ON DEFENDANT TRANS UNION, LLC'S MOTION TO COMPEL DISCOVERY – 3:10-CV-04758-MMC

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail:  mbien@rbg-law.com
         scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

Date: 06/16/11

s/*Kamlesh Banga (with consent)*
Kamlesh Banga
*Pro se* Plaintiff
P.O. Box 6025
Vallejo, CA 94591

STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF THE ORAL ARGUMENT ON DEFENDANT TRANS UNION, LLC'S MOTION TO COMPEL DISCOVERY – 3:10-CV-04758-MMC

**[PROPOSED ORDER]**

Pursuant to the Stipulation of the Parties and for good cause there appearing, IT IS HEREBY ORDERED that the oral argument on Defendant Trans Union, LLC's Motion To Compel Discovery, currently set for July 7, 2011, at 9:30 a.m., be continued to July 28, 2011, at 9:30 a.m.

PURSUANT TO STIPULATION,

IT IS SO ORDERED

Dated: June 17, 2011

*Jacqueline S. Corley*
Judge Jacqueline Scott Corley
U.S. District Court
Northern District of California