Karen B. Reisinger, Esq. (IN #21795-49)
  (admitted Pro Hac Vice)
Sandra L. Davis, Esq. (IN #27803-53)
  (admitted Pro Hac Vice)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: kreisinger@schuckitlaw.com
        sdavis@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

Michael W. Bien, Esq. (CSB #96891)
Sumana Cooppan, Esq. (CSB #267967)
Rosen, Bien & Galvan, LLP
315 Montgomery Street, Tenth Floor
San Francisco, CA 94104
Telephone: 415-433-6830
Fax: 415-433-7104
E-Mail: mbien@rbg-law.com
        scooppan@rbg-law.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| KAMLESH BANGA,<br>  Plaintiff,<br>vs.<br>TRANS UNION, LLC, and DOES 1 THROUGH 10 INCLUSIVE,<br>  Defendants. | CASE NO. 3:10-cv-04758-MMC<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC |

Pro Se Plaintiff Kamlesh Banga, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been

1  compromised and settled, and that Plaintiff's cause against Trans Union only should be
2  dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.
3
4
5                                                     Respectfully submitted,
6  Date: 06/29/2011
7                                                     *Kamlesh Banga*
                                                      Kamlesh Banga
8                                                     P.O. Box 6025
                                                      Vallejo, CA  94591
9                                                     Telephone:  707-342-1692
                                                      E-Mail:  kkbanga@gmail.com
10
11                                                    *Pro Se Plaintiff*
12
13 Date: 07/05/11
                                                      Karen B. Reisinger, Esq.  (IN #21795-49)
14                                                       (admitted Pro Hac Vice)
                                                      Sandra L. Davis, Esq. (IN #27803-53)
15                                                       (admitted Pro Hac Vice)
                                                      Schuckit & Associates, P.C.
16                                                    4545 Northwestern Drive
                                                      Zionsville, IN  46077
17                                                    Telephone: 317-363-2400
                                                      Fax:  317-363-2257
18                                                    E-Mail:  kreisinger@schuckitlaw.com
                                                               sdavis@schuckitlaw.com
19
                                                      *Lead Counsel for Defendant Trans Union,*
20                                                    *LLC*
21
                                                      Michael W. Bien, Esq. (CSB #96891)
22                                                    Sumana Cooppan, Esq. (CSB #267967)
                                                      Rosen, Bien & Galvan, LLP
23                                                    315 Montgomery Street, Tenth Floor
                                                      San Francisco, CA  94104
24                                                    Telephone: 415-433-6830
                                                      Fax: 415-433-7104
25                                                    E-Mail:  mbien@rbg-law.com
                                                               scooppan@rbg-law.com
26
                                                      *Local Counsel for Defendant Trans Union,*
27                                                    *LLC*
28

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 3:10-CV-04758-MMC**

1
2
3
4
5
6
7
8

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff Kamlesh Banga and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: July 6, 2011

JUDGE, United States District Court,
Northern District of California

9
10
11
12
13
14
15
16

Distribution to:

Kamlesh Banga
P.O. Box 6025
Vallejo, CA  94591

Sandra L. Davis, Esq.
sdavis@schuckitlaw.com

Sumana Cooppan, Esq.
scooppan@rbg-law.com

Karen Butler Reisinger, Esq.
kreisinger@schuckitlaw.com

Michael W. Bien, Esq.
mbien@rbg-law.com